UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rayna Garati,
Plaintiff,

v.

Beverly Enterprises-Minnesota, Inc., a foreign corporation, d/b/a/ St. Louis Park Plaza Healthcare Center,

Defendant.

Case No. 01-CV-1927 ADM/AJB

**ORDER TO AMEND CAPTION**

---

Having come before this Court upon stipulation between counsel for the parties, Rayna Garati, and Beverly Enterprises-Minnesota, Inc., d/b/a St. Louis Park Plaza.Healthcare Center,

IT IS HEREBY ORDERED that the caption in this matter is amended to appear as above, thereby reflecting that Beverly Enterprises-Minnesota, Inc., d/b/a/ St. Louis Park Plaza Healthcare Center is the proper name for the Defendant that has been served by Plaintiff ~~in~~ this matter.

Dated this 21st day of November, 2001.

BY THE COURT:

JUDGE, UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FILED NOV 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

::ODMA\PCDOCS\MSP\188087\1

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rayna Garati,<br>Plaintiff,<br><br>v.<br><br>Beverly Enterprises, a foreign corporation, d/b/a/ St. Louis Park Plaza Health Care Center,<br><br>Defendant. | Case No. 01-CV-1927 ADM/AJB<br><br>**STIPULATION TO AMEND CAPTION** |

IT IS HEREBY AGREED AND STIPULATED by the undersigned attorneys for the parties in the above-entitled action that the caption be amended to reflect the fact that Defendant Beverly Enterprises-Minnesota, Inc., d/b/a/ St. Louis Park Plaza Healthcare Center is the proper name for the entity previously identified in the caption as "Beverly Enterprises, d/b/a/ St. Louis Park Plaza Health Care Center."

DATED: November 12, 2001.

By: [signature]
Bard D. Borkon (Atty No 237322)
**BOWMAN AND BROOKE LLP**
150 South Fifth Street, Suite 2600
Minneapolis, Minnesota 55402

ATTORNEYS FOR DEFENDANT

DATED: November 13, 2001.

By: [signature]
Mark R. Kosieradzki, Esq.
**KOSIERADZKI LAW FIRM**
13100 Wayzata Boulevard, Suite 140
Minnetonka, MN 55305

ATTORNEY FOR PLAINTIFF

DATED: November 12, 2001.

By: [signature]
Joel E. Smith, Esq. 213184
**JOEL SMITH LAW OFFICE**
13100 Wayzata Boulevard, Suite 140
Minnetonka, MN 55305

ATTORNEY FOR PLAINTIFF