**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RAYNA GARATI, Civil No. 01-1927 ADM/AJB

Plaintiff,

v. **PRETRIAL SCHEDULING ORDER**

BEVERLY ENTERPRISES - MINNESOTA, INC., a foreign corporation, d/b/a/ St. Louis Park Plaza Health Care Center,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by December 1, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before January 3, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before June 15, 2002.

   b. By Defendant(s) on or before August 15, 2002.

4. No more than 50 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a))

Filed JAN 10 2002
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

shall be served by any party.

5. No more than 20 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by May 1, 2002.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, December 1, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by February 1, 2003. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a Jury trial on April 1, 2003, or upon resolution of any pending dispositive motions. Each party may call no more than 2 expert witnesses. Anticipated length of trial is 5 days.

Dated: January 10, 2002

Arthur J. Boylan
United States Magistrate Judge