(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minesota
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1927 ADM/AJB

Case Title: Rayna Garati v. Beverly Enterprises - Minnesota, Inc., a foreign corporation, d/b/a St. Louis Park Plaza Healthcare Center

**Affidavit of Movant**

I, **Bard D. Borkon**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Stephen M. Strum, an attorney admitted to practice in the State of Missouri, State of Illinois, U.S. District Court for the Eastern District of Missouri, U.S. District Court for the Western District of Missouri, U.S. District Court for the Southern District of Illinois, U.S. District Court for the Central District of Illinois, and the Eighth Circuit Court of Appeals, but not admitted to the bar of this court, who will be **counsel for defendant** Beverly Enterprises - Minnesota, Inc., d/b/a St. Louis Park Plaza Healthcare Center in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Bard D. Borkon
Signature

237322
MN Attorney License #

2/28/02
Date

**Affidavit of Proposed Admittee**

I, **Stephen M. Strum**, am currently a member in good standing of the State of Missouri, State of Illinois, U.S. District Court for the Eastern District of Missouri, U.S. District Court for the Western District of Missouri, U.S. District Court for the Southern District of Illinois, U.S. District Court for the Central District of Illinois, and the Eighth Circuit Court of Appeals, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Stephen M. Strum
Type/Print Name

Signature

2/26/02
Date

Attorney License Number: 37133 (Missouri)
Law Firm Name and Address: Sandberg, Phoenix & von Gontard
One City Centre, Suite 1500
515 North 6th Street
St. Louis, MO 63101
Telephone: (314) 231-3332

**Motion Granted:** Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

MAR 06 2002
Date

**Note:** The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED MAR 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK