UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rayna Garati,<br>Plaintiff,<br><br>and<br><br>Minnesota Department of Human Services,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Beverly Enterprises-Minnesota, Inc., a foreign corporation, d/b/a/ St. Louis Park Plaza Healthcare Center,<br><br>Defendant. | Case No. 01-CV-1927 ADM/AJB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Having come before this Court upon stipulation between the parties, Plaintiff Rayna Garati, Plaintiff-Intervenor Minnesota Department of Human Services, and Defendant Beverly Enterprises-Minnesota, Inc. d/b/a/ St. Louis Park Plaza Healthcare Center,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. Each party shall bear their own costs.

Dated: September 6, 2002.

BY THE COURT:

JUDGE, UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA
ANN D. MONTGOMERY

SEP 09 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rayna Garati,<br>Plaintiff,<br><br>and<br><br>Minnesota Department of Human Services,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>Beverly Enterprises-Minnesota, Inc.,<br>a foreign corporation,<br>d/b/a/ St. Louis Park Plaza<br>Healthcare Center,<br><br>Defendant. | Case No. 01-CV-1927 ADM/AJB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff Rayna Garati, Plaintiff-Intervenor Minnesota Department of Human Services, and Defendant Beverly Enterprises-Minnesota, Inc. d/b/a/ St. Louis Park Plaza Healthcare Center, that the above-captioned action may be dismissed with prejudice, and with each side to bear their own costs. Accordingly, the Court may enter an Order dismissing the action with prejudice with regard to plaintiffs' claims.

Dated: 8 · 21, 2002.

By: ______________________
Mark R. Kosieradzki, Esq.
**KOSIERADZKI LAW FIRM**
13100 Wayzata Boulevard, Suite 140
Minnetonka, MN 55305

ATTORNEY FOR PLAINTIFF AND PLAINTIFF-INTERVENOR

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 8-8-, 2002.

By: [signature]
Joel E. Smith, Esq.
**JOEL SMITH LAW OFFICE**
13100 Wayzata Boulevard, Suite 140
Minnetonka, MN 55305

ATTORNEY FOR PLAINTIFF AND PLAINTIFF-INTERVENOR

Dated: August 21, 2002.

BOWMAN AND BROOKE LLP

By [signature]
Bard D. Borkon (#237322)
Alana K. Bassin (#266589)
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402
(612) 339-8682

ATTORNEYS FOR DEFENDANT